```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/27/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LINDA PAULSON,                                       :
                                                     :
                    Plaintiff,                       :    **TRANSFER ORDER**
                                                     :
         -v-                                         :    22-CV-2172 (GHW) (JLC)
                                                     :
                                                     :
GUARDIAN LIFE INSURANCE COMPANY                      :
OF AMERICA,                                          :
                                                     :
                    Defendant.                       :
                                                     :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

Having received no objections to the Court's Opinion and Order dated July 12, 2022 (Dkt. No. 22), the Court concludes that it is in the interest of justice for this case to be transferred to the Eastern District of Virginia in accordance with 28 U.S.C. § 1404(a). Accordingly, the Court hereby orders that this case be transferred to the Eastern District of Virginia.

The Clerk of Court is respectfully directed to transmit the docket in this case to the Eastern District of Virginia.

**SO ORDERED.**

Dated: July 27, 2022
         New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1